### GARNER v. STATE.
No. 14225.

Court of Criminal Appeals of Texas.
June 3, 1931.

W. D. Colvin, of Ennis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

On the 20th of May, 1931, a judgment of affirmance was entered. Attention has since been drawn to the fact that the record reveals no sentence. In the absence of a sentence, this court is without jurisdiction of the appeal.

The judgment affirming the case is set aside, and the appeal is dismissed.

### ARNOLD v. STATE.
No. 14365.

Court of Criminal Appeals of Texas.
June 3, 1931.

T. T. Thompson, of Clarksville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, the charge of the court, the judgment and sentence appear in regular form. No error appearing, the judgment will be affirmed.